474 A.2d 673

Commonwealth v. Kirksey, Appellant.

Submitted October 7, Brian S. Quinn, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Conviction as to conspiracy to commit robbery is reversed and judgment of sentence as to that conviction is vacated; all other judgments of sentence are affirmed.